THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENNY SABATINO, Appellant, v. THE PAROLE BOARD OF THE STATE OF NEW YORK and WILLIAM HUNT,

as Agent and Warden of Great Meadow Prison, New York.— Appeal dismissed, without costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.